IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Filed Under Seal**

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08- |
| --- | --- | --- |
| v. | : | DATE FILED: July 29, 2008 |
| KEON A. SMITH | : | VIOLATIONS: 21 U.S.C. § 841(a)(1) (possession of 5 grams or more of cocaine base ("crack") with intent to distribute - 1 count) |
| | : | 18 U.S.C. § 924(c) (possession of firearms in furtherance of a drug trafficking crime - 1 count) |
| | : | 18 U.S.C. §§ 922(g)(1), 924(e) (possession of firearms by a convicted felon - 1 count) |
| | : | Notice of forfeiture |

### INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about March 24, 2008, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**KEON A. SMITH**

knowingly and intentionally possessed with intent to distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 24, 2008, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### KEON A. SMITH

knowingly possessed a firearm, that is, (1) a Ruger P-94 .40 caliber semi-automatic handgun, serial number 341-42270, loaded with nine rounds of .40 caliber ammunition, and (2) an Israel Military Industries Baby Eagle .40 caliber semi-automatic handgun, serial number removed, loaded with three rounds of .40 caliber ammunition, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine base ("crack"), in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 24, 2008, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**KEON A. SMITH,**

having been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate commerce, a firearm, that is, (1) a Ruger P-94 .40 caliber semi-automatic handgun, serial number 341-42270, with nine rounds of .40 caliber ammunition, and (2) an Israel Military Industries Baby Eagle .40 caliber semi-automatic handgun, serial number removed, with three rounds of .40 caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violations of Title 18, United States Code, Sections 922(g)(1) and 924(c), set forth in this indictment, defendant

### KEON A. SMITH

shall forfeit to the United States of America the firearms and ammunition involved in the commission of such offenses, including, but not limited to, a Ruger P-94 .40 caliber semi-automatic handgun, serial number 341-42270, with nine rounds of .40 caliber ammunition, and an Israel Military Industries Baby Eagle .40 caliber semi-automatic handgun, serial number removed, with three rounds of .40 caliber ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____
FOREPERSON

_____
**LAURIE MAGID**
**Acting United States Attorney**