IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-437 |
| v. | : | |
| KEON A. SMITH | : | Information Filed Under Title 21, United States Code, Section 851 |

### INFORMATION CHARGING PRIOR OFFENSE

Laurie Magid, United States Attorney for the Eastern District of Pennsylvania, and Jessica Natali, Assistant United States Attorney, hereby accuse the above-named defendant, who currently is charged with possession with intent to distribute controlled substances, of having previously been convicted of felony drug offenses as described below:

1. On or about August 17, 2005, in the Court of Common Pleas, Philadelphia County, Pennsylvania, defendant Keon A. Smith, was sentenced to a term of approximately 11 and one half months to 23 months imprisonment following his conviction for a felony controlled substance violation, arising out of an arrest that took place on or about June 15, 2004 for violation of 35 Pa.C.S.A § 780-113(30), a felony under the laws of the Commonwealth of Pennsylvania. (Case No. CP#51-CR-0800141-2004, DC#0414040196)

2. On or about July 18, 2005, in the Court of Common Pleas, Philadelphia County, Pennsylvania, defendant Keon A. Smith, was sentenced to a term of approximately 6 months to 23 months imprisonment following his conviction for a felony controlled substance violation, arising out of an arrest that took place on or about May 26, 2005, a felony under the laws of the Commonwealth of Pennsylvania. (Case No. CP#51-CR-0602771-2005, DC#0514040196) for

violation of 35 Pa.C.S.A § 780-113(30)

3. On or about July 18, 2005, in the Court of Common Pleas, Philadelphia County, Pennsylvania, defendant Keon A. Smith, was sentenced to a term of approximately 6 months to 23 months imprisonment following his conviction for a felony controlled substance violation, arising out of an arrest that took place on or about May 5, 2005 for violation of 35 Pa.C.S.A § 780-113(30), a felony under the laws of the Commonwealth of Pennsylvania. (Case No. CP#51-CR-0609521-2005, DC#0514034059)

Respectfully submitted,

LAURIE MAGID
United States Attorney

*for* Francis C. Taulane

LINDA DALE HOFFA
Assistant United States Attorney
Chief, Criminal Division

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Government's Information Charging Prior Offense, has been faxed to:

Gionvanni Campbell, Esq. FAX # : 215-427-1444

_____
JESSICA NATALI
Assistant United States Attorney

DATED: April 28, 2009